**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CORNELL DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 26-CV-02791 |
| v. | ) | |
| | ) | Honorable Judge Steven C. Seeger |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6), the Board of the Education of the City of Chicago moves to dismiss Plaintiff's Complaint in its entirety for failure to state a claim and failure to exhaust administrative remedies. The Complaint fails to meet the requirements for pleading a claim alleging violations under Title VII of the Civil Rights Act of 1964. The Board is submitting a Memorandum of Law in support of this Motion to Dismiss. The Board respectfully requests the Complaint be dismissed with prejudice.

Date: May 11, 2026

Respectfully submitted,

**DEFENDANT BOARD OF EDUCATION OF THE CITY OF CHICAGO**

Elizabeth K. Barton
General Counsel

By: *Karina Salazar McGuffie*
Karina Salazar McGuffie, Assistant General Counsel

Karina Salazar McGuffie / kmsalazarmcguffie@cps.edu
Board of Education of the City of Chicago
One North Dearborn Street
Law Department, Suite 900
Chicago, Illinois 60602

Tel: (773) 553-1700
Fax: (773) 553-1701

## CERTIFICATE OF SERVICE

I, Karina Salazar McGuffie, an attorney of record, do hereby certify that on May 11, 2026 I electronically filed the above **Defendant's Motion to Dismiss Plaintiff's Complaint** using the Court's CM/ECF Filing System, which will send electronic notice to all parties of record.

*/s/ Karina Salazar McGuffie*
Karina Salazar McGuffie, Atty No. 6342593