**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

CORNELL DAVIS

Plaintiff,

v.

Case No.: 1:26−cv−02791
Honorable Steven C. Seeger

BOARD OF EDUCATION OF THE CITY OF CHICAGO

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 18, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the motion to dismiss (Dckt. No. [7]), and the corrected motion (Dckt. No. [9]). The original motion (Dckt. No. [7]) is denied as moot in light of the later filing of a corrected motion. A response is due three weeks from the date of entry of this order, and a reply is due three weeks later. The Court reviewed the joint initial status report. (Dckt. No. [12]) The parties should have used this Court's template, which is available in Word on this Court's webpage. All discovery is stayed pending a ruling on the motion to dismiss. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.